No. 71–63. Juras v. Meyers et al. Appeal from D. C. Ore. Motion of appellees for leave to proceed *in forma pauperis* granted. Motion of Harold O. Swank et al. for leave to intervene and to adopt jurisdictional statement denied. Judgment affirmed.

No. 70–111. Wall et al. v. California. Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of a properly presented federal question.

No. 70–201. Levin et al. v. Township Committee of the Township of Bridgewater et al. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 70–226. Maryland Community Developers, Inc. v. State Roads Commission of Maryland. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 70–296. Spellerberg v. Adams, Secretary of State of Florida, et al. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 70–331. Second United Presbyterian Church of Johnstown v. Presbytery of Albany. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 71–31. Kinney Car Corp. et al. v. City of New York et al. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.